Mary C. O'Brien, Respondent, v. Rutland Railroad Company, Appellant.— On December 2, 1933, plaintiff intended to become a passenger on defendant's train at Alburg, Vt. While passing from the station platform along a cinder pathway to reach her train she fell between the rails and sustained injuries. The accident happened on a dark night and plaintiff testified that the pathway was

insufficiently lighted. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.